IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:　　　　　DANIEL P. SLOAN　　　　　　　　　　CASE NO. 10-51022-NPO

　　　　　　　　DEBTOR　　　　　　　　　　　　　　　　CHAPTER 11

_____

AMJAD F. NAJJAR

　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　　　　　　ADVERSARY NO. _____

DANIEL P. SLOAN

　　　　　　　　DEFENDANT


## ADVERSARY COMPLAINT

Plaintiff, Amjad J. Najjar, is a creditor and party in interest in Bankruptcy Case No. 10-51022-NPO, and in support of this Adversary Complaint against Daniel P. Sloan ("Debtor" or "Defendant") states the following:

### JURISDICTIONAL ALLEGATIONS

1.　This complaint initiates an adversary proceeding within this Court's jurisdiction brought pursuant to 28 U.S.C. § 157 (a), (b) (1) and (2) (I) and Rule 7001 (6) and (9) of the Federal Rules of Bankruptcy Procedure, and pursuant to 28 U.S.C. § 2201 and FED.R.CIV.P. 57, which seeks a determination of the nondischargeabilty of particular debts pursuant to 11 U.S.C. §523.  Defendant is an individual debtor under Chapter 7 who has filed a petition for relief in this Court.  Venue is proper in this Court pursuant to 28 U.S.C. §1409 and this Court has jurisdiction

PD.4124575.2

of this matter as a proceeding arising under title 11 and as a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), and (I).

2. Debtor filed his Petition seeking relief under Chapter 7 of the Bankruptcy Code, and Plaintiff anticipates that in the course of these proceedings he will seek discharge of particular debts owed by Debtor to the Plaintiff.

3. Plaintiff Amjad F. Najjar is a Texas resident who holds unliquidated and disputed claims against Daniel P. Sloan for money owed as the result of Mr. Sloan's receipt of loan proceeds from Plaintiff through fraud.

4. Debtor is a legally competent adult who has filed a Chapter 7 proceeding within the jurisdiction of this Court listing a Mississippi address, but who now resides in the state of Alabama and who may be personally served with process, pursuant to the laws of the States of Mississippi or Alabama, where he may be found or otherwise pursuant to Rule 4 of the Federal Rules of Civil Procedure by being hand-delivered a copy of the Complaint together with a Summons within 120 days of the date of the filing of the Adversary Complaint by a person who is not a party and who is at least 18 years of age, if service of process is not waived. The last known residence address of Debtor is 356 Cotton Bay Lane, Gulf Shores, Alabama 360452.

**GENERAL ALLEGATIONS**

5. Plaintiff Amjad F. Najjar filed a Complaint against the Debtor and other parties in the 133rd District Court of Harris County, Texas ("Texas Case"). A copy of Plaintiff's Tenth Amended Original Petition and Plaintiff's First Supplemental Petition to his Tenth Amended Original Petition is attached hereto as Composite Exhibit "1." The Texas Case pleadings attached as Exhibit "1" set forth the claims of Amjad F. Najjar asserting that Debtor, along with others, committed fraud in obtaining loans for various entities in which Debtor claimed to be a

partner. The claims further assert that Debtor fraudulently obtained and used the funds for his personal use and that Debtor has failed to repay the loans of Plaintiff.

6.     Plaintiff's claims against Debtor set forth in the Texas Case and Exhibit "1" should be judicially determined to be exceptions to any discharge granted to the Debtor under 11 U.S.C. § 727 or any other provision of the Bankruptcy Code pursuant to 11 U.S.C. § 523 (a)(2) [for money, property, services, or an extension, renewal, or refinancing of credit to the extent obtained by false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition] and 11 U.S.C. § 523 (a)(4) [for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny].

7.     The claims of Plaintiff in the Texas Case and pleadings attached as Exhibit "1" have been previously adjudicated to be non-dischargeable under 11 U.S.C. § 523(a)(4) against another defendant in the Texas Case, Amnon Luftak, by the United States Bankruptcy Court for the Southern District of Texas. *Najjar v. Lutfak*, Adv. No. 07-3352; *In re Lutfak*, Bankruptcy Case No. 07-33425-H5-7. A copy of the Final Judgment in the Lutfak case is attached hereto as Exhibit "2."

8.     Plaintiff seeks a declaratory judgment that the sums owed by the Debtor to Plaintiff and claimed in the Texas Case and pleadings attached hereto as Exhibit "1" are nondischargeable under 11 U.S.C. § 523 (a)(2) and/or 11 U.S.C. § 523 (a)(4), and Plaintiff seeks costs of court in this matter.

WHEREFORE, Plaintiff prays that upon a hearing, this Honorable Court will issue an order and judgment granting the following relief:

(1)     A declaratory judgment declaring the indebtedness owed by Defendant to Plaintiff is nondischargeable pursuant to 11 U.S.C. §523(a)(2) and/or 11 U.S.C. § 523 (a)(4);

(2) An award of all costs of court in this matter; and

(3) All other relief as to which this Court deems Plaintiff to be entitled to recover in the premises set forth above.

Respectfully submitted this the 16th day of August, 2010.

        Respectfully submitted,

        AMJAD F. NAJJAR


        By: */s/ B. Lyle Robinson*

        James W. O'Mara, MS Bar No. 3929
        James W. Craig, MS Bar No. 7798
        B. Lyle Robinson, MS Bar No. 10015
        **PHELPS DUNBAR LLP**
        111 East Capitol, Suite 600
        Jackson, Mississippi 39201
        Post Office Box 23066
        Jackson, Mississippi 39225-3066
        Telephone: (601) 352-2300
        Facsimile: (601) 360-9777
        www.phelpsdunbar.com

        **ATTORNEYS FOR**
        **AMJAD F. NAJJAR**

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email to the following:

| | |
|---|---|
| David L. Lord<br>2300 24th Avenue<br>Gulfport, MS 39501<br>lordlawfirm@bellsouth.net | Office of the U.S. Trustee<br>A.H. McCoy Federal Building, Suite 706<br>100 W. Capitol Street<br>Jackson, MS 39269<br>USTPRegion05.AB.ECF@usdoj.gov |
| Ronald H. McAlpin, Esq.<br>Trial Attorney, Office of the U.S. Trustee<br>A. H. McCoy Federal Building, Suite 706<br>100 W. Capitol Street<br>Jackson, MS 39269<br>Ronald.McAlpin@usdoj.gov | Derek A. Henderson<br>111 E. Capitol St.<br>Suite 455<br>Jackson, MS 39201<br>d_henderson@bellsouth.net |

and by U.S. Mail, postage prepaid to the following:

Daniel P. Sloan
356 Cotton Bay Lane
Gulf Shores, AL 39642

SO CERTIFIED, this the 16th day of August, 2010.

>  /s/ B. Lyle Robinson
>  B. Lyle Robinson